IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PEAK FORECLOSURE SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> W. THOMAS FINLEY, CASSIE DEANNE FINLEY, and UNITED STATES OF AMERICA, <br><br> Defendants. | No. 3:16-cv-01941-M |

## **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated December 20, 2019. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, for the reasons stated in Judge Rutherford's December 20, 2019 Findings, Conclusions, and Recommendation, it is ORDERED that a Warrant be issued as to W. Thomas Finley for his contempt of this Court's Orders to respond to the United States' First Set of Post-Judgment Interrogatories and Request for Production of Documents and produce the requested documents.

1

The United States Marshals Service is ORDERED to inform the Court upon W. Thomas Finley's arrest and to keep him in custody until he responds to the United States' First Set of Post-Judgment Interrogatories and Request for Production of Documents and produces the requested documents.

**SO ORDERED,** this 6th day of January, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE